UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZELLA BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLANBIA PERFORMANCE NUTRITION (NA), INC., a Florida corporation doing business in California and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-03356-AB-PVC<br><br>[Removed from Superior Court of California, County of Los Angeles, Case No. 2:25-cv-3356]<br><br>[~~PROPOSED~~] **ORDER CONTINUING STAYING** |

The Court **APPROVES** the parties' Stipulation and **ORDERS**:

1. The Court has inherent authority to stay proceedings before it in the interests of justice. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). The interests of justice will be served by staying proceedings in this case pending the Ninth Circuit's decisions in *Haver v. Gen. Mills, Inc.*, No. 24-6784, *Velasquez v. Luxottica Of America Inc.*, Case No. 25-1258; *Rogoff v. Transamerica Life Insurance Company*, Case No. 24-7732; *Young v. Renewal by Anderson*, Case No. 24-6095; *Broomes v. FullBeauty Brands Operations, LLC*, Case No. 25-3988 (the "Pending Appeals"). Because of the similarities between the jurisdictional issues in

1  these cases and this case, the Ninth Circuit's decisions will likely streamline
2  proceedings in this case and will provide guidance to the parties and the Court.
3     2.   Accordingly, all proceedings in this case are **STAYED**, including any
4  deadline to file a motion to remand or file a response to the Complaint, pending the
5  Ninth Circuit's decisions in the Pending Appeals.
6     3.   By 30 days after the Ninth Circuit has issued its decisions in the
7  Pending Appeals, the parties are **ORDERED** to file a stipulation and proposed order
8  lifting the stay and setting forth proposed deadlines for any motion to remand or any
9  response to the Complaint.
10    4.   In light of the stay, this case is **ADMINISTRATIVELY CLOSED**.
11  The Court will reopen the case when the stay is lifted.

**IT IS SO ORDERED**.

Dated: September 30, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE